UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ] | No. *11-CF-10049 DPW* |
| v. | ] | |
| | ] | 21 U.S.C. § 846 |
| 1.   EVANS KLIMAVICH | ] | (Conspiracy to Distribute Marijuana) |
| 2.   JONATHAN COOK | ] | |
| 3.   JUSTIN GREEN | ] | 21 U.S.C. § 853 |
| | ] | (Criminal Forfeiture Allegations) |

## INDICTMENT

**COUNT ONE**          **(21 U.S.C. § 846:  Conspiracy to Possess With Intent to Distribute and Distribute Marijuana)**

THE GRAND JURY CHARGES THAT:

From in or about August 2004 to at least in or about April 2009, in Brighton and Waltham, Massachusetts, elsewhere in the District of Massachusetts, and elsewhere,

> **1.     EVANS KLIMAVICH,**
> **2.     JONATHAN COOK, and**
> **3.     JUSTIN GREEN,**

defendants herein, did knowingly and intentionally combine, conspire and agree with each other and with other persons, known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).  It is further alleged that the conspiracy described herein involved at least 1000 kilograms of a mixture and a substance containing a detectable amount of marijuana.  Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(vii) applies to this Count.

All in violation of Title 21, United States Code, Section 846.

## CRIMINAL FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

THE GRAND JURY FURTHER CHARGES THAT:

1.     Upon conviction of the offense alleged in Count 1 of this Indictment, the defendants,

      **1.     EVANS KLIMAVICH,**
      **2.     JONATHAN COOK, and**
      **3.     JUSTIN GREEN,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property

constituting, or derived from, any proceeds the defendants obtained, directly or indirectly,

as a result of such offense; and any property used, or intended to be used, in any manner

or part, to commit, or to facilitate the commission of, such violation.

2.     If any of the property described in paragraph 1 above, as a result of any act or omission of

the defendants,

      (a)     cannot be located upon the exercise of due diligence;

      (b)     has been transferred or sold to, or deposited with, a third party;

      (c)     has been placed beyond the jurisdiction of the Court;

      (d)     has been substantially diminished in value; or

      (e)     has been commingled with other property which cannot be subdivided without

            difficulty;

it is the intention of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture

of any other property of the defendants up to the value of the property described in

paragraph 1.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a),

Federal Rules of Criminal Procedure.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
ANDREW E. LELLING
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, February 10, 2011

Returned into the District Court by the Grand Jury Foreperson and filed.

_____
Deputy Clerk

2/10/2011

@ 2:05pm