UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                )
UNITED STATES OF AMERICA        )
                                )
V.                              )        Crim. No. 11-CR-10049-DPW
                                )
JONATHAN COOK, JUSTIN GREEN,    )
and EVANS KLIMAVICH             )
_____)
```

## DEFENDANTS' MOTION TO CONTINUE SENTENCING HEARING

The defendants, Jonathan Cook, Justin Green and Evans Klimavich, jointly move to continue the sentencing hearing currently scheduled for April 4, 2014 until the last week of April. As grounds therefore, the defendants state the following:

1. The defendants each tendered guilty pleas on December 20, 2013 pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure. The agreed-upon sentencing range for each defendant was between 40 and 70 months incarceration.

2. On March 13, 2014, United States Attorney General Eric Holder testified before the United States Sentencing Commission in support of a proposed change to the Federal Sentencing Guidelines that would lower by two levels the base offense level for certain quantities of illegal drugs. A related Department of Justice press release states that the "Justice Department will direct prosecutors not to object if defendants in court seek to

have the newly proposed guidelines applied to them during sentencing." A copy of the press release and the Attorney General's statement to the Sentencing Commission is attached hereto as "Exhibit A."

3. In his presentation to the Sentencing Commission, the Attorney General stated that the proposed amendment "would have the effect of modestly reducing guideline penalties for drug trafficking offenses while keeping the guidelines consistent with current statutory minimums – and continuing to ensure tough penalties for violent criminals, career criminals, or those who used weapons when committing drug crimes." The defendants in this case are not career criminals and are not accused of any acts of violence or any crimes involving the use of weapons. They are the type of non-violent drug offenders to whom the sentencing reduction is intended to apply.

4. Defense counsel recently became aware of the Attorney General's statement to the Sentencing Commission. The defendants believe that the sentencing ranges in their Rule 11(c)(1)(C) agreements should be renegotiated with the United States Attorney's Office to reflect the directive announced last week by the Attorney General.

5. Defense counsel require a brief continuance to explore the impact of the Attorney General's directive on the plea agreements in this case.

6. The United States, through Assistant United States Attorney David D'Addio, takes no position on this motion to continue the sentencing hearing to the end of April.

*J. W. Carney, Jr.*
J. W. Carney, Jr.
B.B.O. # 074760

20 Park Plaza, Suite 1405
Boston, MA 02116
617-933-0350

Counsel for Jonathan Cook


*Francisco Fernandez*
Francisco Fernandez
B.B.O. # 653771

Four Longfellow Place
Suite 3502
Boston, MA 02114
617-393-0250

Counsel for Evans Klimavich

*Timothy Flaherty*
Timothy Flaherty
B.B.O. # 557477

Dated: April 18, 2014          Flaherty Law Offices
                               One Beacon Street – 13th Floor
                               Boston, MA 02108
                               617-227-1800

                               Counsel for Justin Green

3

Certificate of Service
_____

     I hereby certify that this document filed through the ECF system will
be sent electronically to the registered participants as identified on the
Notice of Electronic Filing (NEF) and paper copies will be sent to those
indicated as non-registered participants on or before the above date.

                                        *J. W. Carney, Jr.*
                                        _____
                                        J. W. Carney, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                    )
UNITED STATES OF AMERICA            )
                                    )
V.                                  )     Crim. No. 11-CR-10049-DPW
                                    )
JONATHAN COOK, JUSTIN GREEN,        )
and EVANS KLIMAVICH                 )
                                    )

**AFFIDAVIT SUPPORTING DEFENDANTS' MOTION
TO CONTINUE SENTENCING HEARING**

I, J. W. Carney, Jr., state that the facts contained in the attached motion are true to the best of my information and belief.


Signed under the penalties of perjury.


*J. W. Carney, Jr.*
J. W. Carney, Jr.


Dated: April 18, 2014